**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6031**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GARY SPENCER ALBURY, a/k/a G,

Defendant - Appellant.

**No. 23-6032**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GARY SPENCER ALBURY,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:02-cr-00178-RAJ-JEB-1; 2:19-cr-00068-RAJ-DEM-1)

Submitted: April 25, 2023                                      Decided: April 28, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gary Spencer Albury, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Spencer Albury appeals the district court's order denying his second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and discern no abuse of discretion. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*